UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS OF WESTERN WASHINGTON INDIVIDUAL ACCOUNT PENSION TRUST; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; AND CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>                Plaintiffs,<br>v.<br><br>ZCORP, INC., a Washington corporation, d/b/a PROFESSIONAL CABINET INSTALLATION, INC.,<br><br>                Defendant<br><br>TWINSTAR CREDIT UNION,<br><br>                Garnishee. | Cause No.  MC16-5023BHS<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on the plaintiff Trust Funds' Application for Writ of Garnishment for personal property in which the defendant/judgment debtor, ZCorp, Inc., d/b/a Professional Cabinet Installation, Inc. are believed to have substantial nonexempt interest and which may be in the possession, custody, or control of the

ORDER TO ISSUE WRIT OF GARNISHMENT – 1

EKMAN THULIN, P.S.
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

garnishee, TwinStar Credit Union in Olympia, Washington. The Court has reviewed the Application for Writ of Garnishment, and the record in this matter, and ORDERS:

    1.    The Clerk of the Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on August 25, 2016.

Dated: August 25, 2016.

_____
Honorable
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT – 2

EKMAN THULIN, P.S.
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221